IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.  5:25-CR-95 (GTS) |
| v. | ) | **Indictment** |
| **PEDRO ENRIQUE RAMIREZ-CHACON,** | ) | Violation:  8 U.S.C. § 1326 [Illegal Reentry] |
| | ) | 1 Count |
| **Defendant.** | ) | County of Offense:  Oneida |

### THE GRAND JURY CHARGES:

### COUNT 1
### [Illegal Reentry]

On or about January 27, 2025, in Oneida County in the Northern District of New York, the defendant, **PEDRO ENRIQUE RAMIREZ-CHACON**, an alien, native and citizen of El Salvador, who had been removed from the United States, thereafter was found in the United States without having obtained the express consent of the Attorney General or his successor, the Secretary of the Department of Homeland Security, to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

Dated:  March 12, 2025

A TRUE BILL,

███████████████████████

Grand Jury Foreperson

DANIEL HANLON
Acting United States Attorney

By: _____
Jeffrey C. Stitt, Bar Roll No. 520195
Michael F. Perry, Bar Roll No. 518952
Assistant United States Attorneys